UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ESTATE OF KHALIL FARHAT,** *et al.,*

    Plaintiffs,

    v.    Civil No. 19-CV-3631 (RCL)

**THE ISLAMIC REPUBLIC OF IRAN,** *et al.,*

    Defendants.

### MOTION FOR SUBSTITUTION OF PARTIES

On July 7, 2023, Plaintiffs, through counsel, filed a Statement Noting Deaths of Parties pursuant to Rule 25(a) of the Federal Rules of Civil Procedure. Dkt. 29. Plaintiffs now file this Motion for Substitution of Parties under FRCP 25(a) and state the following in support thereof:

Plaintiff Khalil Farhat was killed in the October 23, 1983 bombing of the United States Marine Barracks in Beirut, Lebanon. His surviving family members are plaintiffs in this case and seek damages for the suffering they endured as a result of Khalil Farhat's death. From the outset of this litigation, Zeina Mantach, the widow of Khalil Farhat, was the legal representative of the claim brought on behalf of the Estate of Khalil Farhat.

Zeina Mantach died in Lebanon on March 28, 2021, during the pendency of this action. Plaintiffs move this Court to substitute Mehdi Farhat, a plaintiff in this case, as a representative of and successor to Zeina Mantach, for Zeina Mantach.

Plaintiffs also move this Court to substitute Mehdi Farhat, as a representative of and successor to Khalil Farhat, and as a representative of and successor to Zeina Mantach, for Zeina Mantach as the legal representative of the Estate of Khalil Farhat.

Plaintiff Mohamed Farhat, the son of Khalil Farhat, died in Lebanon on April 3, 2023, during the pendency of this action. Plaintiffs move this Court to substitute Karima Farhat, the sister of Mohamad Farhat and also a plaintiff in this case, as a representative of and successor to Mohamed Farhat, for Mohamed Farhat.

Under Federal Rule of Civil Procedure 5(a)(2), service of this Motion on Defendants Islamic Republic of Iran and Iranian Ministry of Information and Security, both of which have defaulted in this case, is not required.

WHEREFORE, Plaintiffs respectfully request that this Court grant the Motion for Substitution of Parties.

October 4, 2023                                         **Respectfully submitted,**

                                                        **FAY LAW GROUP, P.A.**

                                                        DocuSigned by:
                                                        *Amanda Perry*
                                                        529F5170DA9F400
                                                        Amanda Fox Perry
                                                        6205 Executive Boulevard
                                                        Rockville, MD 20852
                                                        (202) 589-1300
                                                        Amanda.perry@faylawgroup.com

                                                        *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system on October 4, 2023. The Defendants in this action could not be sent a copy of the foregoing as they have not yet entered an appearance and appear not to have acknowledged other efforts to contact them in this case or others similar to it.

_____

Amanda Fox Perry