**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**ESTATE OF KHALIL FARHAT,** *et al.,*

    **Plaintiffs,**

    v.                                                                                         Civil No. 19-03631 (RCL)

**THE ISLAMIC REPUBLIC OF IRAN,** *et al.,*

    **Defendants.**

**STATUS REPORT**

COME NOW the Plaintiffs, by and through counsel, and in accordance with this Court's Order dated February 21, 2024 (ECF DOC 36) hereby provide this Status Report to the Court with regard to their efforts to seek damages against Defendants.

Plaintiff's counsel agrees with the Court's Administrative Plan to appoint Alan Balaran as the Special Master to submit a Special Master Report for damages.

Plaintiff's depositions are complete. Plaintiff's have not received all necessary documented evidence. Plaintiffs have contacted the Special Master and are created a portage/online storage file to share with the Special Masters office to provide all depositions, with translations, and evidence.

Plaintiffs will continue their efforts to obtain the documentation needed to establish their claims and will work with the Special Master to provide all necessary evidence and support to prove damages for each claim.

March 22, 2024                                                                          **Respectfully submitted,**

                                                **FAY LAW GROUP, P.A.**

                                                _____

                                                Caragh Fay
                                                6205 Executive Boulevard
                                                Rockville, MD 20852
                                                (202) 589-1300
Caragh.Fay@FayLawGroup.com

                                                *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the Defendants in this action could not be sent a copy of Plaintiffs' Status Report as they have not yet entered an appearance and appear not to have acknowledged other efforts to contact them in this case or others similar to it.

                                                _____

**Caragh Fay**