# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**ESTATE OF KHALIL FARHAT,** *et al.,*

    **Plaintiffs,**

    v.                                                                                **Civil No. 19-03631 (RCL)**

**THE ISLAMIC REPUBLIC OF IRAN,** *et al.,*

    **Defendants.**

## PLAINTIFF'S STATUS REPORT

The Plaintiffs, by and through counsel, and in accordance with this Court's Order dated February 21, 2024 (ECF DOC 36), hereby provide this Status Report to the Court regarding their efforts to seek damages against Defendants. Plaintiff's counsel agrees with the Court's Administrative Plan to appoint Alan Balaran as the Special Master to submit a Special Master Report for damages. The plaintiffs' depositions are complete and have received all the necessary documented evidence. The plaintiffs have contacted the Special Master and created a portal/online storage file to share with the Special Master's office to provide all depositions, translations, and evidence.

The plaintiffs have provided all the necessary documentation needed to establish their claims.

Dated: April 28, 2025                                      Respectfully submitted,

                                                                                  FAY LAW GROUP, P.A.

                                                                                       //S//
                                                                                Caragh Fay Owens, Esq. (DC Bar# 993191)
                                                                                6205 Executive Boulevard
                                                                                 Rockville, MD 20852-3906
                                                                                 Tel. (202) 5891300
                                                                                 cfay@faylawgroup.com
                                                                                 *Counsel for the Plaintiffs*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of April, 2025 I caused a copy of the Status Report to be served electronically on all counsel of record via the court's ECF system.

_____/s/_____
**Caragh Fay**